# Law Offices of Robert L. Kraselnik, PLLC
261 Madison Ave., 9th Floor
New York, NY 10016
646-342-2019

September 27, 2018

**Via ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
500 Pearl Street
New York, NY 10017

  Re: **Estefes, etc. v. Dorm Delicatessen Corp., et ano 18-cv-00242**

Dear Judge Aaron:

  We represent Plaintiff in the above referenced matter. After further investigation, we have decided not to pursue this matter. We will be filing a Rule 41(a)(1)(A)(i) Notice of Voluntary Dismissal Without Prejudice shortly. There is no settlement.

  We thank Your Honor for considering this matter.

               Respectfully submitted,

               s/ Robert Kraselnik

               Robert L. Kraselnik